**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Case No. 19-23854 |
| Cynthia R Sashington ) | Chapter 13 |
| ) | Judge: A. Benjamin Goldgar |
| Debtor ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

Cynthia R Sashington
2416 N. Samson Way
APT# 1D
Waukegan, IL  60087

GERACI LAW LLC
55 E MONROE #3400
CHICAGO, IL  60603

Please take notice that on January 10, 2020 at 11:00 am, a representative of this office shall appear before the Honorable Judge A. Benjamin Goldgar, at the Park City Branch Court, 301 Greenleaf Ave, Rm B, Park City, IL 60085 and present the motion set forth below.  **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

I certify that this office caused a copy of this notice to be delivered to the above listed debtor by depositing it in the U.S. Mail at 801 Warrenville Road, Lisle, IL and to the debtor's attorney electronically via the Court's CM/ECF system on December 23, 2019.

/s/   Glenn Stearns
FOR: Glenn Stearns, Chapter 13 Trustee

**MOTION TO DISMISS FOR UNREASONABLE DELAY AND FAILURE TO MAKE PLAN PAYMENTS**

Now comes Glenn Stearns, Chapter 13 Trustee, and requests dismissal of the above case pursuant to 11 U.S.C. Section 1307 (c) and in support thereof, states the following:

1. The Debtor filed a petition under Chapter 13 on Friday, August 23, 2019.
2. The Debtor has failed to:
   a. File amended schedule(s) I.
   b. Make all required plan payments resulting in a 1.3 month default.
3. As a result, the Debtor has failed to comply with the Bankruptcy Code and has caused an unreasonable delay that is prejudicial to creditors.

WHEREFORE, the Trustee prays this case be dismissed for cause pursuant to Section 1307 (c).

Respectfully Submitted;

/s/   Glenn Stearns
FOR: Glenn Stearns, Chapter 13 Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350